# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation, <br><br> *Plaintiff* <br><br> v. <br><br> CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, (see attached) <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:23-cv- <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JUSTIN MAILE
655 W. 22nd Avenue
Anhcorage, Alaska 99503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael Geraghty
William Crowther
Holland & Hart LLP
420 L Street, Suite 550
Anchorage, Alaska 99501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Michael C. Geraghty, ABA No. 7811097
William R. Crowther, ABA No. 2211097
HOLLAND & HART LLP
420 L Street, Suite 550
Anchorage, Alaska 99501
Telephone:   (907) 865-2600
Facsimile:    (907) 865-2680
mcgeraghty@hollandhart.com
wrcrowther@hollandhart.com

*Attorneys for CipherBlade, LLC, a*
*Pennsylvania Limited Liability Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, JUSTIN MAILE, IOANA VIDRASAN, CIPHERBLADE APAC PTE LTD, a Singapore Limited Company, JUSSI AITTOLA, OMEGA3ZONE GLOBAL LTD., a Cyprus Limited Company, PAUL MARNITZ, INQUISITA SOLUTIONS LTD., a Cyprus Limited Company, and GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-_____ |

Civil Action No. 3:23-cv-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: