Michael C. Geraghty, ABA No. 7811097
William R. Crowther, ABA No. 2211097
HOLLAND & HART LLP
420 L Street, Suite 550
Anchorage, Alaska 99501
Telephone:   (907) 865-2600
Facsimile:    (907) 865-2680
mcgeraghty@hollandhart.com
wrcrowther@hollandhart.com

*Attorneys for CipherBlade, LLC, a
Pennsylvania Limited Liability Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, JUSTIN MAILE, IOANA VIDRASAN, CIPHERBLADE APAC PTE LTD, a Singapore Limited Company, JUSSI AITTOLA, OMEGA3ZONE GLOBAL LTD., a Cyprus Limited Company, PAUL MARNITZ, INQUISITA SOLUTIONS LTD., a Cyprus Limited Company, and GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.,<br><br>               Defendants. | Case No. 3:23-cv-00238-JMK |

**MOTION TO PERMIT NON-RESIDENT COUNSEL RICHARD STELLA TO APPEAR AND PARTICIPATE PRO HAC VICE**

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Alaska, Michael C. Geraghty of Holland & Hart LLP, a member of good standing before the Alaska Bar Association, hereby moves this Court for an order allowing the *pro hac vice* admission of Richard Stella of Crowell & Moring LLP in the above-captioned matter, Case No. 3:23-cv-00238-JMK.

Attached hereto is the Declaration of Richard Stella regarding his admission *pro hac vice*. I certify that I am a member in good standing of the Bar of this court, and that I will serve as designated counsel in this particular case:

(1) Associated Counsel's Personal Data:

    (a) Name and Alaska Bar No.: Michael C. Geraghty, Alaska Bar No. 7811097

    (b) Firm Name: Holland & Hart LLP

    (c) Mailing Address: 420 L Street, Suite 550, Anchorage, AK 99501

    (d) Business Telephone Number: (907) 865-2600

    (e) Fax Number: (907) 865-2680

    (f) Representing: Plaintiff CipherBlade, LLC, a Pennsylvania Limited Liability Corporation

(2) Meaningful Participation Requirements: I certify that I have discussed the participation requirements of Local Rule 83.1(d) with my associated counsel.

MOTION TO PERMIT NON-RESIDENT COUNSEL RICHARD STELLA TO PARTICIPATE
*CipherBlade LLC v. CipherBlade, LLC et al.*, Case No. 3:23-cv-00238-JMK
Page 2 of 3

Case 3:23-cv-00238-JMK   Document 4   Filed 11/08/23   Page 2 of 3

Dated: November 8, 2023         HOLLAND & HART LLP
                                 */s/ Michael C. Geraghty*
                                 Michael C. Geraghty, ABA No. 7811097
                                 William R. Crowther, ABA No. 2211097
                                 420 L Street, Suite 550
                                 Anchorage, Alaska 99501
                                 Telephone: (907) 865-2600
                                 mcgeraghty@hollandhart.com
                                 wrcrowther@hollandhart.com

MOTION TO PERMIT NON-RESIDENT COUNSEL RICHARD STELLA TO PARTICIPATE
*CipherBlade LLC v. CipherBlade, LLC et al.*, Case No. 3:23-cv-00238-JMK
Page 3 of 3

Case 3:23-cv-00238-JMK   Document 4   Filed 11/08/23   Page 3 of 3