Michael C. Geraghty, ABA No. 7811097
William R. Crowther, ABA No. 2211097
HOLLAND & HART LLP
420 L Street, Suite 550
Anchorage, Alaska 99501
Telephone:   (907) 865-2600
Facsimile:    (907) 865-2680
mcgeraghty@hollandhart.com
wrcrowther@hollandhart.com

*Attorneys for CipherBlade, LLC, a
Pennsylvania Limited Liability Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, JUSTIN MAILE, IOANA VIDRASAN, CIPHERBLADE APAC PTE LTD, a Singapore Limited Company, JUSSI AITTOLA, OMEGA3ZONE GLOBAL LTD., a Cyprus Limited Company, PAUL MARNITZ, INQUISITA SOLUTIONS LTD., a Cyprus Limited Company, and GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.,<br><br>Defendants. | Case No. 3:23-cv-00238-JMK |

**DECLARATION OF RICHARD STELLA**

I, Richard Stella, hereby declare as follows:

(1) Personal Data:

| | |
|---|---|
| Attorney's Name: | Richard Stella |
| Firm Affiliation: | Crowell & Moring LLP |
| Mailing Address: | 590 Madison Avenue, 20th Floor |
| | New York, New York 10022 |
| Business Telephone: | (212) 895-4333 |
| Business Fax: | N/A |

(2) Bar Admission Information: I certify that I am a member in good standing of the New York State Bar Association, Registration No. 5575428, admitted on 1/31/2018 (see attached Exhibit A).

I am admitted to practice law in the following courts:

Federal: Southern District of New York

State: New York

(3) Certification of Disciplinary Proceedings: I certify that I am not now, nor have I ever been subject to any disciplinary action or proceedings by any State or Federal bar association or administrative agency.

(4) Certification as to Local Rules: In accordance with LR 83.1, certify that I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

(5) CM/ECF System: I am registered as a participant in the CM/ECF system for the District of Alaska.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury of the law of the United States of America that the foregoing information is true and correct to the best of my belief.

Dated: November 8, 2023

_____
Richard Stella, NY Reg. No 5575428
CROWELL & MORING LLP
590 Madison Ave, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
RStella@crowell.com



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Richard Joseph Stella, III

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 31, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 30, 2023.*

Acting Clerk of the Court

CertID-00144465