Michael C. Geraghty, ABA No. 7811097
William R. Crowther, ABA No. 2211097
HOLLAND & HART LLP
420 L Street, Suite 550
Anchorage, Alaska 99501
Telephone:    (907) 865-2600
Facsimile:    (907) 865-2680
mcgeraghty@hollandhart.com
wrcrowther@hollandhart.com

*Attorneys for CipherBlade, LLC, a*
*Pennsylvania Limited Liability Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CIPHERBLADE, LLC, an Alaska Limited Liability Corporation, MANUEL KRIZ, MICHAEL KRAUSE, JORN HENRIK BERNHARD JANSSEN, JUSTIN MAILE, IOANA VIDRASAN, CIPHERBLADE APAC PTE LTD, a Singapore Limited Company, JUSSI AITTOLA, OMEGA3ZONE GLOBAL LTD., a Cyprus Limited Company, PAUL MARNITZ, INQUISITA SOLUTIONS LTD., a Cyprus Limited Company, and GREEN STONE BUSINESS ADVISORY FZ LLC, a United Arab Emirates Limited Liability Corporation.,<br><br>        Defendants. | Case No. 3:23-cv-00238-JMK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PERMIT NON-RESIDENT COUNSEL ALEXANDER URBELIS TO APPEAR AND PARTICIPATE PRO HAC VICE** |

Having reviewed and considered the Motion to Appear Pro Hac Vice filed by CIPHERBLADE, LLC, a Pennsylvania Limited Liability Corporation, it is HEREBY ORDERED that the motion is GRANTED and ALEXANDER URBELIS may participate as co-counsel on behalf of the Plaintiff in this litigation.

Dated the _____ day of _____, 2023.


_____
Joshua M. Kindred, U.S. District Court Judge